

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-192-CV

ONCOR ELECTRIC DELIVERY COMPANY LLC                    APPELLANT
F/K/A TXU ELECTRIC DELIVERY COMPANY

V.

OAK HILL MX PARK, LTD. A/K/A OAK HILL                    APPELLEE
MOTORCROSS PARK, LTD.

----------

### FROM COUNTY COURT AT LAW OF WISE COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. See Tex. R. App. P. 43.4.

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: August 25, 2009

---

[1] *See* Tex. R. App. P. 47.4.